# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:17–cv–02408–WSD

| | |
|---|---|
| Molitor et al v. Manasseh Jordan Ministeries, Inc. et al | Date Filed: 06/26/2017 |
| Assigned to: Judge William S. Duffey, Jr | Date Terminated: 07/18/2017 |
| Case in other court:  USDC ND IL, 1:16–cv–02106 | Jury Demand: None |
| Cause: FRCP 45(b) Motion to quash or modify subpoena | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jeffrey Molitor**     represented by     **Benjamin H. Richman**
Edelson P.C.
350 North LaSalle Drive
Chicago, IL 60654
312–598–6370
Email: brichman@edelson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sydney Janzen**
Edelson P.C.
350 North LaSalle Drive
Chicago, IL 60654
312–589–6370
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura W. Speed**
Shamp Speed Jordan Woodward, LLC
Suite 660
1718 Peachtree Street
Atlanta, GA 30309
404–893–9400
Fax: 404–260–4180
Email: speed@ssjwlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura C. De La Cabada**

**Plaintiff**

**Steve Clarke**

**Plaintiff**

**Ruth Maki**
*individually and on behalf of all others similarly situated*

V.

**Defendant**

**Manasseh Jordan Ministeries, Inc.**
*a New York Religious Corporation*

**Defendant**

**Yakim Manasseh Jordan**
*an individual*

**Movant**

| | | | |
|---|---|---|---|
| **Kingdom Ministries Church, Inc.** | | represented by | **Alex Benjamin Kaufman** <br> Kaufman &Forman, P.C. <br> 8215 Roswell Road <br> Building 800 <br> Atlanta, GA 30350 <br> 770–390–9200 <br> Email: abk@kauflaw.net <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Matthew Dempsey Treco** <br> Kaufman &Forman, P.C. <br> 8215 Roswell Road <br> Building 800 <br> Atlanta, GA 30350 <br> 770–390–9200 <br> Email: mdt@kauflaw.net <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2017 | Ï 1 | MOTION to Quash Subpoena to Kindgom Ministries Church, Inc.; and MOTION for Protective Order by Kingdom Ministries Church, Inc.. (Attachments: # 1 Ex –1 – Illinois 1st Amended Complaint and Answer, # 2 Ex –2 – Subpoena To Testify, # 3 Ex –3 – Kingdom Ministries 2017 Annual Registration, # 4 Text of Proposed Order)(eop) (Entered: 06/13/2017) |
| 06/09/2017 | Ï | Filing Fee Paid: $ 47.00, receipt number 113E–7200406 (eop) (Entered: 06/13/2017) |
| 06/13/2017 | Ï | Submission of 1 MOTION to Quash Subpoena; and MOTION for Protective Order, submitted to Magistrate Judge Catherine M. Salinas. (eop) (Entered: 06/13/2017) |
| 06/26/2017 | Ï 2 | APPLICATION for Admission of Benjamin H. Richman Pro Hac Vice (Application fee $ 150, receipt number 113E–7230905)by Jeffrey Molitor. (Speed, Laura) (Entered: 06/26/2017) |
| 06/26/2017 | Ï 3 | APPLICATION for Admission of Sydney Janzen Pro Hac Vice (Application fee $ 150, receipt number 113E–7230953)by Jeffrey Molitor. (Speed, Laura) (Entered: 06/26/2017) |
| 06/26/2017 | Ï 4 | RESPONSE in Opposition re 1 MOTION to Quash Subpoena MOTION for Protective Order filed by Jeffrey Molitor. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6)(Speed, Laura) |

| | | |
|---|---|---|
| | | (Entered: 06/26/2017) |
| 06/26/2017 | Ï | Case reported statistically. Matter transferred from 1:17–mi–52–WSD. (ddm) (Entered: 06/28/2017) |
| 06/27/2017 | Ï 5 | MOTION to Quash Subpoena Duces Tecum with Brief In Support by Kingdom Ministries Church, Inc.. (Attachments: # 1 Exhibit 1 – Subpoena Duces Tecum, # 2 Exhibit 2 – Georgia Secretary of State Annual Registration)(Treco, Matthew) (Entered: 06/27/2017) |
| 07/11/2017 | Ï | APPROVAL by Clerks Office re: 2 APPLICATION for Admission of Benjamin H. Richman Pro Hac Vice (Application fee $ 150, receipt number 113E–7230905). Attorney Benjamin H. Richman added appearing on behalf of Jeffrey Molitor (pmb) (Entered: 07/11/2017) |
| 07/11/2017 | Ï | ORDER (by docket entry only) granting Attorney Benjamin H. Richman's 2 Application for Admission Pro Hac Vice on behalf of Jeffrey Molitor. Ordered by Judge William S. Duffey, Jr on 7/11/2017. (bgt) (Entered: 07/11/2017) |
| 07/11/2017 | Ï | APPROVAL by Clerks Office re: 3 APPLICATION for Admission of Sydney Janzen Pro Hac Vice (Application fee $ 150, receipt number 113E–7230953). Attorney Sydney Janzen added appearing on behalf of Jeffrey Molitor (pmb) (Entered: 07/11/2017) |
| 07/11/2017 | Ï | ORDER (by docket entry only) granting Attorney Sydney Janzen's 3 Application for Admission Pro Hac Vice on behalf of Jeffrey Molitor. Ordered by Judge William S. Duffey, Jr on 7/11/2017. (bgt) (Entered: 07/11/2017) |
| 07/11/2017 | Ï 6 | RESPONSE in Opposition re 5 MOTION to Quash Subpoena Duces Tecum filed by Jeffrey Molitor. (Speed, Laura) (Entered: 07/11/2017) |
| 07/12/2017 | Ï 7 | Minute Entry for proceedings held before Magistrate Judge Catherine M. Salinas: Telephone Conference held on 7/12/2017 regarding the two pending motions to quash. Parties were instructed to confer regarding the possibility of settling the dispute and to report back to the Court by Friday, July 14, 2017 regarding whether they consent to transferring the motions to the Illinois court. (Tape #FTR)(ddm) (Entered: 07/12/2017) |
| 07/14/2017 | Ï 8 | TRANSCRIPT of Proceedings held on 7/12/17 (Teleconf), before Magistrate Judge Catherine M. Salinas. Court Reporter/Transcriber Nicholas A. Marrone, Telephone number 404–215–1486. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/4/2017. Redacted Transcript Deadline set for 8/14/2017. Release of Transcript Restriction set for 10/12/2017. (Attachments: # 1 Notice of Filing Transcript) (pjm) (Entered: 07/14/2017) |
| 07/17/2017 | Ï 9 | NOTICE by Kingdom Ministries Church, Inc. *of Consent to Transfer Motions to Quash* (Treco, Matthew) (Entered: 07/17/2017) |
| 07/18/2017 | Ï 10 | ORDER directing that the two pending Motions to Quash [1,5] be transferred to the issuing court, the United States District Court for the Northern District of Illinois, pursuant to Federal Rule of Civil Procedure 45(f). The Clerk is directed to close this case. Signed by Magistrate Judge Catherine M. Salinas on 7/18/17. (ddm) (Entered: 07/18/2017) |
| 07/18/2017 | Ï | Case electronically transferred to the United States District Court for the Northern District of Illinois. (ddm) (Entered: 07/18/2017) |
| 07/18/2017 | Ï | Civil Case Terminated. Magistrate Judge Catherine M. Salinas terminated from case. (ddm) (Entered: 07/18/2017) |